Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Federal__ District of __Oregon__

__Eugene__ Division

| | |
|---|---|
| __Bondick S. Robert__ | Case No. __6:19-cv-521-AA__ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| __City Of Eugene Police Department__ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bondick, S. Robert |
| Street Address | 2755 E. Lone Oak Loop Apt. # C. |
| City and County | Eugene, Lane. |
| State and Zip Code | Oregon, 97404 |
| Telephone Number | 541.688.1860 |
| E-mail Address | jrob46320@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Eugene Police Department |
| Job or Title *(if known)* | Law enforcement |
| Street Address | 300 Country Club Road |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, 97401 |
| Telephone Number | (541) 682-5111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Officer Grose of EPD |
| Job or Title *(if known)* | Law enforcement |
| Street Address | 300 Country Club Road |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, 97401 |
| Telephone Number | (541) 682-5111 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Officer Baillas, N of EPD |
| Job or Title *(if known)* | Law enforcement |
| Street Address | 300 Country Club Road |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, 97401 |
| Telephone Number | (541) 682-5111 |
| E-mail Address *(if known)* | ( |

Defendant No. 4

| | |
|---|---|
| Name | Lt. Mcgann, S of EPD |
| Job or Title *(if known)* | Law enforcement |
| Street Address | 300 Country Club Road |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, 97401 |
| Telephone Number | (541) 682-5111 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 42 of the United States Code. Section 1983 and Rule 37(e) of the F.R.C.P.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Further documentation attached as "Occurrence And Complaint" outlining how three police officers and a witness lost an important e-discovery photo of an alleged perpetrator. These results have left the plaintiffs current and future court proceedings and integrity at stake. If the three officers could have taking the time at the scene with the plaintiff in custody and the witness and victim 60 seconds away would have easily proved the plaintiffs' innocents.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff ask for punitive damage for police conduct in the amount of $20,000

The plaintiff ask for pain and suffering relief in the amount of $25,000  The plaintiffs feels he can't count on the EPD for justice. As well his future court cases with the department store and witness as well as other current and future cases are now in jeopardy.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/9/2019

Signature of Plaintiff

Printed Name of Plaintiff      Bondick S. Robert

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    Bondick S. Robert

Bar Number                  Pro Se

Name of Law Firm

Street Address              2755 E. Lone Oak Loop apt.,# C

State and Zip Code          Oregon 97404

Telephone Number            541.688.1860

E-mail Address              jrob46320@gmail.com